Copies served 6/8/07 JQM

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

LARONDA ROGERS

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:07-CR-87 (GHL)

Bradford Riendeau, Esq. (CJA)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count 1 as amended on the record

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Operating a motor vehicle while ability was impaired by alcohol, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 1192.1 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** January 24, 2007

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $300.00 and a $5.00 special assessment. Total of the fine and special assessment is $305.00, payable no later than September 1, 2007. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that a copy of this judgment will be sent to the New York State Department of Motor Vehicles.

_____June 4, 2007_____
Date of Imposition of Sentence

\_\_\_June 7, 2007\_\_\_
DATE SIGNED

_____
GEORGE H. LOWE
U.S. Magistrate Judge